CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Therin Powell    05-23902
**Full Name of Plaintiff     Inmate Number**

v.

Tyson Havens
**Name of Defendant 1**

Dent
**Name of Defendant 2**

Caschtrq
**Name of Defendant 3**

Loudenslager
**Name of Defendant 4**

Gardner
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. 4:21-CV-1565
(to be filled in by the Clerk's Office)

(✓) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
SCRANTON
SEP 13 2021
PER _____
DEPUTY CLERK

I.   NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___   Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

✓   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Defendant 6
~~And~~.A DNerson

Defendant 7
YSMS

Defendant 8
EPKiN

Defendant 9
Bell

Defendant 10
Nancy Butts

Defendant 11
Ryan Gardner

II. ADDRESSES AND INFORMATION

A. PLAINTIFF

Powell, Therin, Rahmee
Name (Last, First, MI)

05-23902
Inmate Number

Lycoming County prison
Place of Confinement

277 W Third Street
Address

Williamsport, Lycoming, PA, 17701
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

✓ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Havens, Tyson
Name (Last, First)

Detective Havens NEU of Lycoming County
Current Job Title

245 W 4th Street
Current Work Address

Williamsport, Lycoming, PA, 17701
City, County, State, Zip Code

Defendant 2:

Dent
Name (Last, First)

NCU of Lycoming County PA
Current Job Title

245 W 4th Street
Current Work Address

Williamsport, Lycoming, PA, 17701
City, County, State, Zip Code


Defendant 3:

Eschberg
Name (Last, First)

NCU of Lycoming County Pa
Current Job Title

245 W 4th Street
Current Work Address

Williamsport, Lycoming, Pa 17701
City, County, State, Zip Code


Defendant 4:

Louden Slager
Name (Last, First)

NCU of Lycoming County Pa
Current Job Title

245 W 4th Street
Current Work Address

Williamsport, Lycoming Pa 17701
City, County, State, Zip Code


Defendant 5:

Gardner
Name (Last, First)

NCU of Lycoming County Pa
Current Job Title

245 W 4th Street
Current Work Address

Williamsport, Lycoming PA 17701
City, County, State, Zip Code

Defendant 6

ADNERSON

Neu of lycoming county Pa

245 w 4th street

williamsport, Lycoming PA 17701

Defendant 7

USMS

williamsport, Lycoming PA 17701

Defendant 8

EDKin

Neu of lycoming county Pa

245 w 4th street

williamsport, lycoming PA 17701

Defendant 9

Bell

Neu of lycoming county Pa

245 w 4th street

williamsport, Lycoming PA 17701

Defendant 10

Nancy Butts

Judge

48 w third street

williamsport Pa, Lycoming Pa 17701

Defendants

Defendants 11
Ryan Gardner
District Attorney
48 w third street
Williamsport PA Lycoming PA 17701

III.    STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

Lycoming County Pennsylvania oct, 1, 2020 and 7-13-21 apy

B. On what date did the events giving rise to your claim(s) occur?

oct, 1, 2020 and 7-13-21 apy

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

Dective Tyson Havens of the Ncy of lycoming County and other defendants Charged the Plaintiff in a criminal matter on 10-1-2020. Plaintiff was illegal detainee violating his constitution Rights 8th Amendment of cruel and unusally punishment 5th Amend due process and 14th Amend of Due process. The case was dismissed by Judge Marc lovecchio on June 13th apy 2021. The dA appeal it to Superior Court and was denied on 7-27-2021 apy. Indivual and offical capoicity and theft of property. Defendants acted with malicious prosecution and retalitory conduct and took fraudlent case to the grand jury having this Plaintiff indicted on or about 7-8-21. This retalitory conduct was orchorstreted by Tyson Havens whom has a vinditas against the Plaintiff for years

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

8th Admentment cruel and unusally punishment 14th and 5th Admendment of due process Retaliatory conduct malicious prosecution Harrassment. Intentionally Infliction of Emotional distress. Vindictive prosecution. Theft of property

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Illegal Detention and confidment, Intentional Inflicting of emotion distress, loss of life, liberty without due process

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Charges dismissed with prejudice, Restraining order, property returned, Dismissed indictment

**VII.   SIGNATURE**

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

8·31·21
_____
Date